FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP -5 AM 1:39

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BILLIE FINLEY | * | CIVIL ACTION NO. 00-0144 |
| VERSUS | * | SECTION G |
| SCHINDLER ELEVATOR CORPORATION AND CADILLAC FAIRVIEW | * | MAG. NO. 4 |
| | * | |

\* \* \* \* \* \* \* \*

### EX PARTE MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF AN EXPEDITED HEARING OF DR. KENNETH E. VOGEL'S MOTION TO QUASH DEPOSITION, SUBPOENA ND SUBPOENA DUCES TECUM AND/OR FOR PROTECTIVE ORDER

**NOW INTO COURT,** through undersigned counsel, comes Movant, Dr. Kenneth E. Vogel, who respectfully moves this Honorable Court for an expedited hearing of his Motion to Quash Deposition, Subpoena and Subpoena Duces Tecum and/or for Protective Order for the reasons set forth below.

As noted in Dr. Vogel's Memorandum in Support of Motion to Quash, the law firm of Aubert & Pajares has unilaterally scheduled Dr. Vogel's deposition and production of documents for Monday, September 11, 2000 at 5:00 p.m. on only seven working days' notice. The timing of the deposition in conjunction with the breadth of the subpoena duces tecum mandate that a hearing on this matter occur sometime in advance of the time for the deposition and inspection of records. Moreover, Dr. Vogel's long-time attorney, Dominic J. Gianna of the law firm

DATE OF ENTRY
SEP 6 2000

10

Middleberg, Riddle, & Gianna, will be in Seattle, Washington conducting a seminar on Thursday, September 7, 2000 and Friday, September 8, 2000. Consequently, Dr. Vogel requests that this Honorable Court hold a hearing on his Motion to Quash on Wednesday, September 6, 2000 so that the issues surrounding the subpoenas may be fully disclosed and furthermore, so that his attorney, Dominic J. Gianna, may be present at the hearing before leaving to conduct his seminar in Seattle.

**WHEREFORE**, for the preceding reasons, Movant, Dr. Kenneth E. Vogel, respectfully requests that an expedited hearing on his Motion to Quash be had on Wednesday, September 6, 2000.

Respectfully submitted,

Dominic J. Gianna  #6063
Patrick E. Costello  #26619
MIDDLEBERG, RIDDLE & GIANNA
201 St. Charles Avenue, 31st Floor
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
**Attorneys for Dr. Kenneth E. Vogel**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded to all counsel of record listed below by depositing a copy of same in the United States Mail, postage prepaid and properly addressed and by facsimile this 5th day of September, 2000.

| | |
|---|---|
| David J. Schnexnaydre, Esq.<br>Aubert & Pajares<br>506 E. Rutland Street<br>Covington, Louisiana 70433<br>Facsimile: (504) 809-2001 | S. Michael Cashio, Esq.<br>2107 31st Court<br>Kenner, Louisiana 70065<br>Facsimile: (504) 443-3739 |

_____
PATRICK E. COSTELLO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BILLIE FINLEY | * | CIVIL ACTION NO. 00-0144 |
| VERSUS | * | SECTION G |
| SCHINDLER ELEVATOR CORPORATION AND CADILLAC FAIRVIEW | * | MAG. NO. 4 |
| | * | |

\* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that an expedited hearing of Dr. Kenneth E. Vogel's Motion to Quash Deposition, Subpoena and Subpoena Duces Tecum and/or for Protective Order this matter shall occur on the 7th day of September, 2000 at 11 o'clock a.m. via telephone conference

NEW ORLEANS, LOUISIANA this 5th day of September, 2000.

_____
UNITED STATES MAGISTRATE JUDGE