

**MINUTE ENTRY**
**ROBY, M.J.**
**September 7, 2000**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BILLIE FINLEY** | **CIVIL ACTION** |
| **VERSUS** | **NO:  00-0144** |
| **SCHINDLER ELEVATOR CORP., ET AL.** | **SECTION: "G" (4)** |

A **DISCOVERY CONFERENCE by telephone** was held on this date. Participating were: Samuel Cashio, representing the plaintiff, Billie Finley, David Schexnaydre, representing the defendant, Schindler Elevator Corp. ("defendant"), and Patrick Costello, representing the mover, Dr. Kenneth Vogel.

On August 30, 2000, the defendant served a subpoena duces tecum on Dr. Kenneth Vogel, requesting that Dr. Vogel appear for a deposition and produce seventeen (17) categories of documents on September 11, 2000. Dr. Vogel treated the plaintiff in this case as a referring physician.

On September 5, 2000, Dr. Vogel filed a **Motion to Quash Deposition, Subpoena, and Subpoena Duces Tecum and/or For Protective Order (doc. #11).** Dr. Vogel seeks to quash the September 11, 2000 deposition and document production based upon lack of reasonable notice




under Rule 45 (c) of the Federal Rules of Civil Procedure.  Alternatively, Dr. Vogel seeks a protective order under Rule 26(c), staying the deposition and production of documents to allow a reasonable time for compliance and narrowing the scope of the document request.  Dr. Vogel further seeks an award of reasonable attorney's fees incurred in filing the instant motion.

During the conference, the parties mutually agreed that Dr. Vogel's deposition would take place on September 8, 2000.  The parties also agreed that Dr. Vogel would not be required to produce the documents requested in the defendant's subpoena duces tecum, at this time.  Therefore, the Court denied Dr. Vogel's request for an order, quashing the notice of deposition and subpoena duces tecum or alternatively for a protective order, as moot.  The Court further denied Dr. Vogel's request for an award of reasonable attorney's fees incurred in filing the instant motion, based upon his failure to comply with Local Rule 37.1.

Accordingly,

**IT IS HEREBY ORDERED** that Dr. Kenneth Vogel's **Motion to Quash Deposition, Subpoena, and Subpoena Duces Tecum and/or For Protective Order (doc. # 11)** is hereby **DENIED** as follows:

1.) Dr. Kenneth Vogel's request for an order quashing the notice of deposition and subpoena duces tecum or alternatively for a protective order is **DENIED AS MOOT**.

2.) Dr. Kenneth Vogel's request for an award of reasonable attorney's fees incurred in filing the instant motion is **DENIED, for failure to comply with Local Rule 37.1**.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE