

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BILLIE FINLEY | * | CIVIL ACTION NO. 00-0144 |
| VERSUS | * | SECTION G |
| SCHINDLER ELEVATOR CORPORATION AND CADILLAC FAIRVIEW | * | MAG. NO. 4 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

FILED:_____     _____
                                                    DEPUTY CLERK

### MOTION FOR LEAVE OF COURT TO FILE
### REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
### AND MOTION IN LIMINE AND INCORPORATED MEMORANDUM

Defendants, Schindler Elevator Corporation ("Schindler") and Cadillac Fairview Shopping Center Properties (Louisiana), Inc. ("Cadillac Fairview"), filed Motions for Summary Judgment and Motions in Limine noticed for hearing for September 27, 2000. Plaintiff filed Opposition to the Motion for Summary Judgment and to the Motion in Limine. Plaintiff's opposition memoranda were extremely confusing, misleading, took witnesses' deposition testimony out of context, and failed to point out to the court known evidence that contradicted plaintiff's positions as argued in the opposition memoranda.

For these reasons, pursuant to Local Rule 7.4, a reply memorandum in support of the

DATE OF ENTRY
SEP 29 2000

Motion for Summary Judgment and in Support of the Motion in Limine is necessary to properly advise the Court of the facts and issues, and in the interest of justice.

WHEREFORE, defendants, Schindler Elevator Corporation ("Schindler") and Cadillac Fairview Shopping Center Properties (Louisiana), Inc. ("Cadillac Fairview"), pray for leave of this Court to file reply memoranda in support of their Motion for Summary Judgment and Motion in Limine.


AUBERT & PAJARES, L.L.C.

BY:_____
DAVID J. SCHEXNAYDRE, T.A.
Louisiana State Bar Association Number 21073
CHRISTOPHER J. AUBERT
Louisiana State Bar Association Number 14057
GEORGE R. BLUE, JR.
Louisiana State Bar Association Number 3169
506 East Rutland Street
Covington, Louisiana 70433
Telephone: 504-809-2000
Facsimile: 504-809-2001
ATTORNEYS FOR SCHINDLER ELEVATOR
CORPORATION AND CADILLAC FAIRVIEW
SHOPPING CENTER PROPERTIES (LOUISIANA), INC.

## CERTIFICATE OF SERVICE

      I certify that this pleading has been served on the following counsel by facsimile and United States mail, postage prepaid and properly addressed, this ___ day of September, 2000:

      S. Michael Cashio, Esquire
      2107 31st Court
      Kenner, Louisiana 70065
      Attorney for Plaintiff, Billie Finley

_____
GEORGE R. BLUE, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BILLIE FINLEY | * | CIVIL ACTION NO. 00-0144 |
| VERSUS | * | SECTION G |
| SCHINDLER ELEVATOR CORPORATION AND CADILLAC FAIRVIEW | * | MAG. NO. 4 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FILED:_____    _____
                                          DEPUTY CLERK

### ORDER

Considering the foregoing Motion For Leave of Court To File Reply Memorandum in Support of Motion for Summary Judgment and Motion in Limine and Incorporated Memorandum;

IT IS ORDERED that defendants, Schindler Elevator Corporation ("Schindler") and Cadillac Fairview Shopping Center Properties (Louisiana), Inc. ("Cadillac Fairview"), be and are hereby granted leave of Court to file Reply Memoranda in Support of Motion for Summary Judgment and Motion in Limine.

New Orleans, Louisiana this 26th day of September, 2000.

_____
UNITED STATES DISTRICT JUDGE