```
                                            FILED
                                      U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                    2000 OCT 25  PM 1:29

                                       LORETTA G. WHYTE
                                            CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

00-144

NOTICE

Pursuant to the direction of the court, the Section "G" cases on the attached listing are reallotted effective November 1, 2000, to the sections of the court as noted.

OCTOBER 25, 2000                    LORETTA G. WHYTE, CLERK

DATE OF ENTRY
OCT 26 2000

___ Fee
___ Process
X   Dktd
✓   CtRmDep
    Doc.No.

| CASE NO. | TITLE | SECTION ASSIGNED TO: |
|---|---|---|
| 99-2735 | McKinley v Terrebonne Parish Sheriff | F |
| 99-2912 | Bourgeois v Hertz | B |
| 99-2952 | George Lee III v New Orleans | F |
| 99-2964 | Macmillan Trus Joist v Neeb Kearney & Co | S |
| 99-3008 | Pullman v Bouchard Trans Co | K |
| 99-3109 | Newsome v Entergy | T |
| 99-3153 | Mouton v Warden Ed Day Jr | S |
| 99-3206 | Prest v GM | T |
| 99-3556 | Joseph v New Orleans | C |
| 99-3578 | Rodriguez v Wackenhut | N |
| 99-3647 | Verrett v SSA | R |
| 99-3815 | Stagg v Krawchison | L |
| 99-3860 | B&B Schiffahrts v Amer Diesel | J |
| 99-3865 | Titan Intl v ING Barges | B |
| 00-0003 | Humbles v R J Reynolds | D |
| 00-0087 | Swan v SSA | J |
| (00-0144) | Finley v Schindler | F |
| 00-0237 | Ping An Ins v Song Hai MV | S |
| 00-0261 | Dierker v R J Reynolds | K |
| 00-0465 | Pellerin Constr v Witco Corp | K |
| 00-0532 | DMK Lyo KS v Atl Statesman MV | T |
| 00-0561 | Rangar v City of New Orleans | K |
| 00-0583 | James v R&B Drilling | C |
| 00-0594 | Scott v USA | B |
| 00-0602 | USA v Teens Against Drugs & Alcohol | N |
| 00-0654 | Buras v SSA | N |
| 00-0763 | Marble v ENSCO | D |
| 00-0856 | Wright v Matranga | L |
| 00-1046 | Western v Larosa | J |