

MINUTE ENTRY
FELDMAN, J.
October 27, 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BILLIE FINLEY | * | CIVIL ACTION |
| VERSUS | * | NO. 00-144 |
| SCHINDLER ELEVATOR CORP. | * | SECTION "F" |

ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that the action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated by that time. The Court retains jurisdiction for all purposes expressed herein.

DATE OF ENTRY
OCT 3 0 2000



COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, October 27, 2000.

                                                MARTIN L. C. FELDMAN
                                        UNITED STATES DISTRICT JUDGE

David Schexnayder, Esquire