

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BILLIE FINLEY | * | CIVIL ACTION NO. 00-0144 |
| VERSUS | * | SECTION  F |
| SCHINDLER ELEVATOR CORPORATION AND CADILLAC FAIRVIEW | * | MAG. NO. 4 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FILED:_____    _____
                                                                    DEPUTY CLERK

## MOTION TO DISMISS, WITH PREJUDICE

NOW COMES plaintiff, Billie Finley, and suggests to the Court that all claims against all Defendants arising out of the incident that gave rise to this litigation have been fully and finally compromised and settled among Plaintiff and Defendants and that, therefore, Plaintiff desires to have all claims against the Defendants dismissed, with prejudice, with each party to bear its own costs.

Respectfully submitted:

_____
S. MICHAEL CASHIO, #3977
2107 31st Court
Kenner, Louisiana 70065
Telephone: (504) 443-3737
ATTORNEY FOR PLAINTIFF

DATE OF ENTRY
DEC 4 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BILLIE FINLEY | * | CIVIL ACTION NO. 00-0144 |
| VERSUS | * | SECTION ∅ F |
| SCHINDLER ELEVATOR CORPORATION AND CADILLAC FAIRVIEW | * | MAG. NO. 4 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

FILED:_____     _____
                                                                    DEPUTY CLERK

### ORDER

Considering the foregoing Motion to Dismiss, with Prejudice,

    IT IS HEREBY ORDERED that all claims of plaintiff, Billie Finley, against Defendants, Schindler Elevator Corporation and Cadillac Fairview Shopping Center Properties (Louisiana), Inc., be and are hereby dismissed, with prejudice, with each party to bear its own costs.

    New Orleans, Louisiana, this 4TH day of DECEMBER, 2000.

_____
JUDGE